# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DEBRA HOWARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:19-cv-01377-MHH |
| **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY** | ) |
| **Defendant.** | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant The Travelers Home and Marine Insurance Company ("Travelers), and offers this evidentiary submission in support of Travelers' Motion for Summary Judgment, which consists of admissible portions of the following:

| | |
|---|---|
| Exhibit A | Alabama Uniform Traffic Crash Accident Report |
| Exhibit B | Deposition of Plaintiff Debra Howard and corresponding exhibits |
| Exhibit C | National Oceanic & Atmospheric Administration Certified Record of Climatological Observations |
| Exhibit D | Certified Automobile Policy (Policy No. 990298026 101 1) |
| Exhibit E | Affidavit of David M. Reed |

| | |
|---|---|
| Exhibit F | Google and Lawrence County Parcel Viewer GIS satellite imagery and maps |

Respectfully Submitted,

s/Kenneth W. Boyles, Jr.
Joel S. Isenberg (ASB-8855-N76J)
Susan H. McCurry (ASB-5544-G54S)
Kenneth W. Boyles, Jr. (ASB-6784-M55B)
Attorneys for Defendant The Travelers Home and Marine Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
2100-B SouthBridge Parkway, Suite 380
Birmingham, Alabama 35209
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
jisenberg@elylawllc.com
smccurry@elylawllc.com
kboyles@elylawllc.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/DOC. electronic filing system and/or U.S. Mail on this the 5th day of March, 2020.

David L. Graves
SHUNNARAH INJURY LAWYERS
2900 First Avenue South
Birmingham, Alabama 35233

                                            s/Kenneth W. Boyles, Jr.
                                            **OF COUNSEL**